## ORGAN v. INTERURBAN ST. RY. CO.

(Supreme Court, Appellate Term.  January 7, 1904.)

1. MUNICIPAL COURT—DELAY IN RENDERING JUDGMENT—LOSS OF JURISDICTION.
   Where a case in the Municipal Court is tried on July 2d, and the time in which the justice shall render his decision is extended by stipulation to August 5th, but the decision and judgment are not in fact rendered till August 14th, jurisdiction is lost.

Appeal from Municipal Court, Borough of Manhattan, Twelfth District.

Action by Thomas J. Organ against the Interurban Street Railway Company.  Judgment for defendant, and plaintiff appeals.  Reversed.

Argued before FREEDMAN, P. J., and GILDERSLEEVE and GREENBAUM, JJ.

E. Rosenberg, for appellant.

H. A. Robinson (Wm. E. Weaver and J. Ralph Hilton, of counsel), for respondent.

GILDERSLEEVE, J.  The action is for damages to the personal property of the plaintiff resulting from the alleged negligence of the defendant's servants.  There was a conflict of testimony, and the justice found for the defendant.  The plaintiff appeals.

The case was tried on July 2, 1903.  The time in which the justice should render his decision was extended by stipulation to and including August 5, 1903.  The decision and judgment were rendered on August 14, 1903.  The court had therefore lost jurisdiction of the case.

The judgment is reversed, with costs.  All concur.